FILED
NOV - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jamilah Sharif-Gyan<br>6616 Ronald Road, Apt. 203<br>Capitol Heights, Maryland 20743 | * | |
| Plaintiff, | * | CASE NUMBER  1:05CV02166 |
| v. | * | JUDGE: Colleen Kollar-Kotelly |
| Claudia D. Eaton<br>3291 Little Feather Avenue<br>Simi Valley, California 93063 | * | DECK TYPE: Personal Injury/Malpractice<br>DATE STAMP: 11/04/2005 |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Plaintiff, Jamilah Sharif-Gyan, complaining against defendant, Claudia D. Eaton, alleges:

### JURISDICTION

1. Plaintiff is a citizen of the State of Maryland and the Defendant is a citizen of the State of California. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

### CLAIM FOR RELIEF

2. On June 19, 2004, the Plaintiff, Jamilah Sharif-Gyan, was driving her vehicle around RFK Memorial Stadium in Washington D.C. on the access road that encircles the stadium. She came to a complete stop behind another vehicle waiting to enter East Capitol Street from the access road. At the same time and place, a vehicle operated by

Defendant, Claudia D. Eaton, approached Plaintiff from behind, and Defendant, in a negligent and careless manner, rear-ended the Plaintiff, which collision caused the Plaintiff to suffer serious injuries and damages.

3. The negligence of Claudia D. Eaton consisted of failure to pay full time and attention to the operation of the vehicle and failure to stop the vehicle to avoid a collision.

4. As a direct and proximate result of the negligence of the Defendant, the Plaintiff, Jamilah Sharif-Gyan, was caused to suffer serious, painful and permanent injuries in and around his head, body and limbs; great physical pain and mental anguish; loss and expense for physicians care, prescription drugs and like medical expenses; loss of income and earning capacity; property damage; and loss of enjoyment of his usual pursuits and pastimes and other such related injuries and damages.

WHEREFORE, Plaintiff, Jamilah Sharif-Gyan, demands judgment against the Defendant, Claudia D. Eaton, in the sum of Five Hundred Thousand Dollars ($500,000.00) plus interest and costs.

Resnick & Mitchell, L.L.P.

John F. Mitchell, #925412
3655 Old Court Road, St. 1
Baltimore, Maryland 21208
(410) 484-9600
Attorney for Plaintiff

Jonathan S. Resnick, #372786