IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMILAH SHARIF-GYAN  :
    Plaintiff  :
v.  : Case No. 1:05CV02166
   : Judge Colleen Kollar-Kotelly
CLAUDIA D. EATON  :
    Defendants  :

## ANSWER

COMES NOW the defendant, CLAUDIA D. EATON, by and through her attorneys, O'Connell, O'Connell & Sarsfield, and for her Answer to the Complaint filed herein against her states as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

The defendant denies all allegations of negligence alleged against her in the Complaint and is without knowledge or information sufficient to form a belief as to the remaining allegations.

WHEREFORE, all allegations not specifically admitted are hereby specifically denied.

### THIRD DEFENSE

The defendant affirmatively raises the defense of contributory negligence.

### FOURTH DEFENSE

The defendant affirmatively raises the defense of assumption of risk.

### FIFTH DEFENSE

Plaintiff is not entitled to the relief sought.

### SIXTH DEFENSE

Plaintiff's injuries and damages, if any, result from the actions, inactions and/or negligence of the other parties or a third person or entity not party to this lawsuit.

## SEVENTH DEFENSE

The medical condition of plaintiff pre-existed the incident in question or arose as a result of incidents subsequent thereto.

## EIGHTH DEFENSE

Plaintiff failed to mitigate damages.

## NINTH DEFENSE

The jurisdiction of this Court is denied in that the amount in controversy does not exceed the required amount, exclusive of interest and costs.

## TENTH DEFENSE

The defendant denies each and every allegation in the Complaint which is not otherwise admitted herein. Specifically, the defendant denies all allegations in paragraphs 2-4 of the Complaint. The allegations in Paragraph 1 are jurisdictional in nature and are addressed in defendant's ninth defense above.

WHEREFORE, having fully Answered, the defendant prays that the Complaint be dismissed with costs and appropriate fees awarded.

Respectfully submitted,

O'CONNELL, O'CONNELL & SARSFIELD

_____/s/_____
Terence J. O'Connell   367054
401 East Jefferson Street
Suite 204
Rockville, Maryland  20850
(301)  424-2300
Attorney for Claudia D. Eaton

## JURY DEMAND

The defendant demands a trial by jury as to all issues.

___/s/_____
Terence J. O'Connell

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Answer was mailed, first-class, postage prepaid this 15th day of December, 2005 to John F. Mitchell, Esq., 3655 Old Court Road, Suite 1, Baltimore, MD 21208.

_____/s/_____
Terence J. O'Connell