# UNITED STATES DISTRICT COURT
## District of Columbia

Jamilah Sharif-Gyan

    Plaintiff,

                V.

Claudia D. Eaton

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:05CV02166

TO: (Name and address of Defendant)

Claudia D. Eaton
3291 Little Feather Avenue
Simi Valley, California 93063

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John F. Mitchell, Esquire
Jonathan S. Resnick, Esquire
Resnick & Mitchell, L.L.P.
3655-A Old Court Road, Suite 1
Baltimore, Maryland 21208

an answer to the complaint which is served on you with this summons, within _____**60**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

COURT
COPY

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE NOVEMBER 20, 2005  3:45PM |
|---|---|
| NAME OF SERVER *(PRINT)* W. S. VALANTINE | TITLE Registered Process Server #159 |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served: _____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  DAVID JOHNSON – NEPHEW

**G**  Returned unexecuted: _____

**G**  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/20/05
Date

*Signature of Server*    W. S. VALANTINE
690 E. LOS ANGELES AVE., #220
SIMI VALLEY, CA. 93065
(805) 578-2562

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.