IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMILAH SHARIF-GYAN | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No. 1:05CV02166 |
| | : | Judge Colleen Kollar-Kotelly |
| CLAUDIA D. EATON | : | |
| | : | |
| Defendants | : | |

**SCHEDULING ORDER**

By Order of the Court and agreement of the parties, the following deadlines and dates are ordered in the captioned case:

| | |
|---|---|
| Deadline for serving written discovery: | April 15, 2006 |
| Deadline for completing fact (non-expert) discovery: | June 15, 2006 |
| Deadline to serve the Plaintiffs' expert witness Disclosures per Rule 26(a)(2): | April 15, 2006 |
| Deadline to serve the Defendants' expert witness Disclosures per Rule 26(a)(2): | May 15, 2006 |
| Deadline to serve the Plaintiffs' rebuttal expert Witness disclosures per Rule 26(a)(2): | June 15, 2006 |
| Deadline to complete Alternative Dispute Resolution: | August 15, 2006 |
| Deadline to join other parties and amend pleadings: | August 15, 2006 |
| Deadline for completing expert discovery: | September 15, 2006 |
| Deadline for filing dispositive motions: | November 15, 2006 |
| Deadline for filing Responses in opposition to Dispositive motions: | December 1, 2006 |
| Deadline for filing Replies to Oppositions to Dispositive motions: | December 15, 2006 |

| | |
|---|---|
| Dispositive Motions Decided | January 31, 2007 |
| Pre-Trial Conference: | February _____, 2007 |

The trial date will be set at the Pre-Trial Conference for a date between 30 to 60 days after the Pre-Trial Conference.

                                                              _____
                                                              Judge Colleen Kollar-Kotelly


Please send copies to:

John F. Mitchell, Esq.
Jonathan S. Resnick, Esq.
Resnick & Mitchell, L.L.P.
3655-A Old Court Road, Suite 1
Baltimore, Maryland 21208
Attorneys for Plaintiff

Terence J. O'Connell, Esq., Bar No. 367054
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street
Suite 204
Rockville, MD  20850
Attorney for Eaton