UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMILAH SHARIF-GYAN,

   Plaintiff,

    v.

CLAUDIA D. EATON,

   Defendant.

Civil Action No. 05-2166 (CKK)

**ORDER**

The above-captioned case has been referred to Magistrate Judge Kay for all purposes, including trial, pursuant to LCvR 73.1(a).

Accordingly, it is this 29th day of September, 2006,

**SO ORDERED**.

                                                */s/*
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge

<u>Copies to:</u>

Magistrate Judge _____

, Esq.

, Esq.