UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMILAH SHARIF-GYAN,

　　　　　　　Plaintiff,

　　v.

CLAUDIA D. EATON,

　　　　　　　Defendant.

Civil Action No. 05-2166
(AK)

## SCHEDULING ORDER

This case having been referred to the undersigned for all purposes and trial by the previous trial court (Minute Order dated September 29, 2006), the parties having consented thereto, and a telephonic status conference having been held on October 16, 2006, it is accordingly this 16th day of October, 2006,

**ORDERED** that the parties will comply with the following schedule:

| | | |
|---|---|---|
| 1. | Joint Pre-Trial Statement, Proposed Jury Instructions and Voir Dire (on disk), Motions in Limine due | March 2, 2006 |
| 3. | Pre-Trial Conference (in court) | March 9, 2006 10:00 a.m. |
| 4. | Jury Selection | March 19, 2006 2:00 p.m. |
| 5. | Jury Trial | March 20-22 beginning at 9:30 a.m. |

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE