UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMILAH SHARIF-GYAN,

     Plaintiff,

 v.

CLAUDIA D. EATON,

     Defendant.

Civil Action No. 05-2166
(AK)

**AMENDED SCHEDULING ORDER**

   This case having been referred to the undersigned for all purposes and trial by the

previous trial court (Minute Order dated September 29, 2006), the parties having consented

thereto, and a telephonic status conference having been held on October 16, 2006, it is

accordingly this 16th day of October,  2006,

     **ORDERED** that the parties will comply with the following schedule:

| | | |
|---|---|---|
| 1. | Joint Pre-Trial Statement, Proposed Jury Instructions and Voir Dire (on disk), Motions in Limine due | March 2, 2007 |
| 3. | Pre-Trial Conference (in court) | March 9, 2007 10:00 a.m. |
| 4. | Jury Selection | March 19, 2007 2:00 p.m. |
| 5. | Jury Trial | March 20-22, 2007 beginning at 9:30 a.m. |

        _____/s/_____
        ALAN KAY
        UNITED STATES MAGISTRATE JUDGE