IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMILAH SHARIF-GYAN | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | : Case No. 1:05CV02166 |
| | : Judge Colleen Kollar-Kotelly |
| CLAUDIA D. EATON | : |
| | : |
|     Defendants | : |

## PRAECIPE OF DISMISSAL

The Clerk if the Court will please enter the above-captioned case as settled and dismissed with prejudice as to all claims and all parties.

                                              Respectfully submitted,

RESNICK & MITCHELL, L.L.P.    O'CONNELL, O'CONNELL & FRANCUZENKO, LLC


\_/s/ John F. Mitchell_____    \_\_/s/ Terence J. O'Connell_____
John F. Mitchell    925412    Terence J. O'Connell    367054
3655 A Old Court Road    401 E. Jefferson Street
Suite 1    Suite 204
Baltimore, Maryland  21208    Rockville, Maryland  20850
(410) 484-9600    (301) 424-2300

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Praecipe of Dismissal was sent first-class, postage prepaid this 13th day of March, 2007 to John F. Mitchell, Esquire, 3655 A Old Court Road, Suite 1, Baltimore, Maryland 21208.

                        O'CONNELL, O'CONNELL & FRANCUZENKO, LLC

                        /s/ Terence J. O'Connell
                        Terence J. O'Connell   367054
                        401 E. Jefferson Street
                        Suite 204
                        Rockville, Maryland 20850
                        (301) 424-2300
                        Attorney for Defendant